**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JAMES DOLLISON                                                                                              PLAINTIFF

v.                                              No.  3:04CV00356 JLH

HEDGER BROTHERS BLOCK
COMPANY, INC., *et al.*                                                                                DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff and defendants have stipulated that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed.

IT IS SO ORDERED this ___3rd___ day of October, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE